**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CAIN CELLARS, INC.,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**SCHMITT SOHNE, INC.,**<br><br>    **Defendant.** | **Case No.: 12-CV-0753 YGR**<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on September 17, 2012.

The Court hereby sets the following pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| FOLLOW-UP CASE MANAGEMENT CONFERENCE FOR TRIAL SETTING PURPOSES: | Monday, 1/28/13 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | 12/14/12 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 11/30/12 |
| NON-EXPERT DISCOVERY CUTOFF: | 1/31/13 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 2/15/13<br>Rebuttal: 3/1/13 |
| EXPERT DISCOVERY CUTOFF: | 3/15/13 |
| DISPOSITIVE MOTIONS[1] TO BE FILED BY: | 3/30/12 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated:   October 10, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**