**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CAIN CELLARS, INC. ,** | **Case No.: 12-CV-0753 YGR** |
| **Plaintiff,** | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| **vs.** | |
| **SCHMITT SOHNE, INC.,** | |
| **Defendant.** | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on September 17, 2012.

The Court hereby sets the following pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| FOLLOW-UP CASE MANAGEMENT CONFERENCE FOR TRIAL SETTING PURPOSES: | Monday, 1/28/13 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION  TO BE COMPLETED BY: | 12/14/12 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 11/30/12 |
| NON-EXPERT DISCOVERY CUTOFF: | 1/31/13 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening:2/15/13 Rebuttal: 3/1/13 |
| EXPERT DISCOVERY CUTOFF: | 3/15/13 |
| DISPOSITIVE MOTIONS[1] TO BE FILED BY: | 3/30/12 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California

1    The parties must comply with both the Court's Standing Order in Civil Cases and Standing

2 Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing

3 Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

4    **IT IS SO ORDERED.**

5 Dated:   October 10, 2012

6                                                                     _____

                                                                      **YVONNE GONZALEZ ROGERS**

7                                                              **UNITED STATES DISTRICT COURT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

Northern District of California

2