| | |
|---|---|
| HARVEY SISKIND LLP<br>D. PETER HARVEY (SBN 55712)<br>pharvey@harveysiskind.com<br>NAOMI JANE GRAY (SBN 230171)<br>ngray@harveysiskind.com<br>Four Embarcadero Center, 39th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 354-0100<br>Facsimile:  (415) 391-7124<br><br>THE TAILLIEU LAW FIRM<br>RAFFI ZEROUNIAN (SBN 236388)<br>rz@taillieulaw.com<br>9595 Wilshire Avenue, Ste 900<br>Beverly Hills, California  90212<br>Telephone: (310) 300-8444<br>Facsimile:  (310) 300-8445<br><br>Attorneys for Plaintiff<br>and Counterclaim-Defendant<br>CAIN CELLARS, INC. | LOWE GRAHAM JONES PLLC<br>DAVID A. LOWE (*pro hac vice*)<br>lowe@lowegrahamjones.com<br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>Telephone:  (206) 381-3300<br>Facsimile:  (206) 381-3301<br><br>SNYDER MILLER & ORTON LLP<br>PETER P. MERINGOLO (SBN 197136)<br>pmeringolo@smollp.com<br>180 Montgomery Street, Suite 700<br>San Francisco, CA 94104<br>Telephone:  (415) 962-4400<br>Facsimile:  (415) 962-4401<br><br>Attorneys for Defendants<br>and Counterclaim-Plaintiffs<br>SCHMITT SOHNE, INC. and<br>SCHMITT SÖHNE GMBH WEINKELLEREI |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CAIN CELLARS, INC., a California corporation,<br>            Plaintiff and Counterclaim-Defendant,<br>vs.<br>SCHMITT SOHNE, INC., a Georgia corporation, SCHMITT SÖHNE GMBH WEINKELLEREI, a Federal Republic of Germany limited liability company, and DOES 1-25,<br>            Defendants and Counterclaim-Plaintiffs. | Case No.: C 12-00753 YGR<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE** |

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Civil Local Rule 7-12, the parties hereto, by
2　their attorneys of record, hereby stipulate to dismiss the instant action, including all claims and
3　counterclaims, with prejudice and without costs or fees to either party.

Dated:  December 21, 2012        HARVEY SISKIND LLP
                                 D. PETER HARVEY
                                 NAOMI JANE GRAY

                                 THE TAILLIEU LAW FIRM
                                 RAFFI ZEROUNIAN

                                 By:  _____/s/_____
                                        Naomi Jane Gray

                                 Attorneys for Plaintiff and Counterclaim-Defendant
                                 CAIN CELLARS, INC.


Dated:  December 21, 2012        LOWE GRAHAM JONES PLLC
                                 DAVID A. LOWE

                                 SNYDER, MILLER & ORTON LLP
                                 PETER P. MERINGOLO

                                 By:  _____/s/_____
                                        David A. Lowe

                                 Attorneys for Defendants and Counterclaim-Plaintiffs
                                 SCHMITT SOHNE, INC. and
                                 SCHMITT SÖHNE GMBH WEINKELLEREI


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  January 3, 2013

                                 _____
                                 **YVONNE GONZALES ROGERS**
                                 **UNITED STATES DISTRICT COURT JUDGE**