HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
pharvey@harveysiskind.com
NAOMI JANE GRAY (SBN 230171)
ngray@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, CA  94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124

THE TAILLIEU LAW FIRM
RAFFI ZEROUNIAN (SBN 236388)
rz@taillieulaw.com
9595 Wilshire Avenue, Ste 900
Beverly Hills, California  90212
Telephone: (310) 300-8444
Facsimile:  (310) 300-8445

Attorneys for Plaintiff
and Counterclaim-Defendant
CAIN CELLARS, INC.

LOWE GRAHAM JONES PLLC
DAVID A. LOWE (*pro hac vice*)
lowe@lowegrahamjones.com
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
Telephone:  (206) 381-3300
Facsimile:  (206) 381-3301

SNYDER MILLER & ORTON LLP
PETER P. MERINGOLO (SBN 197136)
pmeringolo@smollp.com
180 Montgomery Street, Suite 700
San Francisco, CA 94104
Telephone:  (415) 962-4400
Facsimile:  (415) 962-4401

Attorneys for Defendants
and Counterclaim-Plaintiffs
SCHMITT SOHNE, INC. and
SCHMITT SÖHNE GMBH WEINKELLEREI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CAIN CELLARS, INC., a California corporation,<br>　　　　　Plaintiff and<br>　　　　　Counterclaim-Defendant,<br>vs.<br><br>SCHMITT SOHNE, INC., a Georgia corporation, SCHMITT SÖHNE GMBH WEINKELLEREI, a Federal Republic of Germany limited liability company, and DOES 1-25,<br><br>　　　　　Defendants and<br>　　　　　Counterclaim-Plaintiffs. | Case No.: C 12-00753 YGR<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE** |

1        Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Civil Local Rule 7-12, the parties hereto, by

2 their attorneys of record, hereby stipulate to dismiss the instant action, including all claims and

3 counterclaims, with prejudice and without costs or fees to either party.

4 Dated:  December 21, 2012      HARVEY SISKIND LLP

5                                           D. PETER HARVEY
                                          NAOMI JANE GRAY

6

7                                           THE TAILLIEU LAW FIRM
                                          RAFFI ZEROUNIAN

8                                           By: _____/s/_____

9                                                     Naomi Jane Gray

10                                           Attorneys for Plaintiff and Counterclaim-Defendant
                                          CAIN CELLARS, INC.

11

12 Dated:  December 21, 2012      LOWE GRAHAM JONES PLLC

13                                           DAVID A. LOWE

14                                           SNYDER, MILLER & ORTON LLP
                                          PETER P. MERINGOLO

15

16                                           By: _____/s/_____

17                                                     David A. Lowe

18                                           Attorneys for Defendants and Counterclaim-Plaintiffs
                                          SCHMITT SOHNE, INC. and
                                          SCHMITT SÖHNE GMBH WEINKELLEREI

19

20       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22 Dated:   January 3, 2013

23

24                                           _____

25                                         YVONNE GONZALES ROGERS
                                        UNITED STATES DISTRICT COURT JUDGE

26

27